**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| STEVEN B. KAHLON | : | |
| | : | |
| DEBTOR | : | CASE NO.: 5:25-bk-03605 MJC |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

| | | |
|---|---|---|
| | : | |
| ANDREW R. VARA<br>UNITED STATES TRUSTEE, | : | |
| | : | |
| Plaintiff | : | ADV. PRO. NO.: 5:26-ap-00049 MJC |
| | : | |
| v. | : | |
| | : | |
| STEVEN B. KAHLON, | : | |
| | : | |
| Defendant | : | |

**ORDER APPROVING STIPULATION AND APPROVING WAIVER OF DISCHARGE**

AND NOW, the Court having considered the Stipulation between Steven B. Kahlon and Andrew R. Vara, United States Trustee, for waiver of discharge (the "**Stipulation**"), it is hereby:

ORDERED that the Stipulation is approved;

UPON ENTRY OF THIS ORDER, the Debtor, Steven B. Kahlon, has voluntarily waived his discharge pursuant to 11 U.S.C. § 727(a)(10); and it is further

ORDERED that this adversary proceeding is closed.